JOHN CHARLES MILLER, Respondent, v. SENECA RIVER POWER COMPANY, Appellant.

*Miller* v. *Seneca River Power Co.*, 102 App. Div. 619, affirmed.
(Argued February 14, 1906; decided March 13, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 7, 1905, modifying and affirming as modified a judgment in favor of plaintiff entered upon the report of a referee.

*Jerome L. Cheney* and *John B. Tuck* for appellant.

*E. M. White* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ. Absent: CULLEN, Ch. J.

---

MARTIN POWELL, Appellant, v. EVERETT HARRISON et al., Defendants.

CHEMUNG CANAL BANK, Respondent.

*Powell* v. *Harrison*, 101 App. Div. 612, affirmed.
(Argued February 26, 1906; decided March 13, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 12, 1905, which affirmed an order of Special Term in surplus money proceedings.

*James M. Sullivan* and *J. John Hassett* for appellant.

*Frederick Collin* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.